UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
FLESHER, MARY E. § Case No. 13-21546
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on     .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of     $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]     $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/Michael H. Arnold_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

| Case No: | 13-21546 | PRW | Judge: Paul R. Warren | Trustee Name: | Michael H. Arnold |
| Case Name: | FLESHER, MARY E. | | | Date Filed (f) or Converted (c): | 10/15/13 (f) |
| | | | | 341(a) Meeting Date: | 11/20/13 |
| For Period Ending: | 10/07/14 | | | Claims Bar Date: | 01/27/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 144 Winbourne Road Rochester, NY 14619 Deed record | 83,500.00 | 26,080.22 | | 82,124.54 | FA |
| 2. Cash | 20.00 | 0.00 | | 0.00 | FA |
| 3. Summit FCU savings account | 0.00 | 0.00 | | 0.00 | FA |
| 4. Navy FCU savings account | 0.00 | 0.00 | | 0.00 | FA |
| 5. Navy FCU savings account | 5.00 | 0.00 | | 0.00 | FA |
| 6. USAA | 0.00 | 0.00 | | 0.00 | FA |
| 7. Bed, dresser, end tables, lamps, porch furniture, | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. 40" TV, appliances, computer, printer, Kenyan bask | 5,000.00 | 5,000.00 | | 2,819.50 | FA |
| 9. Clothing | 700.00 | 0.00 | | 0.00 | FA |
| 10. Wedding ring | 200.00 | 0.00 | | 0.00 | FA |
| 11. 3 watches | 200.00 | 0.00 | | 0.00 | FA |
| 12. Fine jewelry | 250.00 | 0.00 | | 383.00 | FA |
| 13. Costume jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 14. Treadmill (in garage), women's bicycle, Kodak came | 325.00 | 325.00 | | 325.00 | FA |
| 15. QDRO interest in estranged husband's retirement | Unknown | 0.00 | | 0.00 | FA |
| 16. Dog | 20.00 | 0.00 | | 0.00 | FA |
| 17. Hot tub at 144 Winbourne Road - surrender Sold with house | 750.00 | 750.00 | | 0.00 | FA |
| 18. Lawnmower, snowblower, yard and garden tools, weed | 895.00 | 895.00 | | 895.00 | FA |
| 19. MG Midget Car, Sailboat (u) | 0.00 | 6,801.00 | | 6,801.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $93,965.00        $39,851.22        $93,348.04        $0.00

(Total Dollar Amount in Column 6)

| | | | |
|---|---|---|---|
| Case No: | 13-21546　PRW　Judge: Paul R. Warren | Trustee Name: | Michael H. Arnold |
| Case Name: | FLESHER, MARY E. | Date Filed (f) or Converted (c): | 10/15/13 (f) |
| | | 341(a) Meeting Date: | 11/20/13 |
| | | Claims Bar Date: | 01/27/14 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/14　　Current Projected Date of Final Report (TFR): 08/30/14

　　/s/　Michael H. Arnold
_____　Date: 10/07/14
　　MICHAEL H. ARNOLD

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| Case No: | 13-21546 -PRW | | Trustee Name: | Michael H. Arnold |
| Case Name: | FLESHER, MARY E. | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******3907 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9249 | | | |
| For Period Ending: | 10/07/14 | | Blanket Bond (per case limit): | $ 24,405,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/24/13 | 19 | John T. Reynolds, Inc. Auctioneer | Car & boat proceeds | 1229-000 | 6,801.00 | | 6,801.00 |
| 12/24/13 | * NOTE * | John T. Reynolds, Inc. Auctioneer | Household goods proceeds  * NOTE *  Properties 8, 14, 18 | 1129-000 | 4,039.50 | | 10,840.50 |
| 02/03/14 | 1 | Osborn Reed, Attorneys | Partial payment of house sale proce | 1210-000 | 20,751.26 | | 31,591.76 |
| 02/03/14 | 1 | Kaman, Berlove, et. al., Attorneys | Balance of sale proceeds eds | 1110-000 | 61,373.28 | | 92,965.04 |
| 02/06/14 | 010001 | Summit Federal Credit Union Canal Ponds Business Park 100 Marina Drive Rochester, NY  14626 | HELOC Payoff | 4110-000 | | 19,794.98 | 73,170.06 |
| 02/06/14 | 010002 | Green Tree Attention: 9052 Payoffs 5505 N. Cumberland Avenue   #307 Chicago, IL  60656 | Mortgage payoiff | 4110-000 | | 37,196.80 | 35,973.26 |
| 02/06/14 | 010003 | Edwin A. Summerhays 2509 Browncroft Bvd.   Suite 209 Rochester, NY  14525 | Surveyor fee | 2500-000 | | 400.00 | 35,573.26 |
| 02/06/14 | 010004 | First American Title Insurance Co. Accounts Receivable Dept. 16 West Main Street Rochester, NY  14614 | Abstract Re-date | 2500-000 | | 290.00 | 35,283.26 |
| 02/06/14 | 010005 | David Andrulis ReMax Realty Group 40 A Grove Street Pittsford, NY  14534 | Balance of realtors comm'n | 3510-000 | | 4,010.00 | 31,273.26 |
| 02/10/14 | 010006 | City of Rochester | Final water bill | 2500-000 | | 113.82 | 31,159.44 |
| 02/13/14 | 010007 | R.G.& E. | Final utility bill | 2420-000 | | 306.66 | 30,852.78 |
| 02/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 16.11 | 30,836.67 |
| 03/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 50.26 | 30,786.41 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-21546 -PRW | | Trustee Name: | Michael H. Arnold |
| Case Name: | FLESHER, MARY E. | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******3907 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9249 | | | |
| For Period Ending: | 10/07/14 | | Blanket Bond (per case limit): | $ 24,405,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 45.82 | 30,740.59 |
| 05/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 44.27 | 30,696.32 |
| 06/16/14 | 12 | Canalside Jewelers, LTD | Pymt for jewelry | 1129-000 | 383.00 | | 31,079.32 |
| 06/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 45.68 | 31,033.64 |
| 07/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 44.39 | 30,989.25 |
| 08/14/14 | 010008 | International Sureties, Ltd. Suite 420 701 Poydras Street New Orleans, NY 70139 | Blanket bond pymt. | 2300-000 | | 32.04 | 30,957.21 |
| 08/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 46.11 | 30,911.10 |
| 10/07/14 | 010009 | Mary Flesher 3022 Brockport Road Spencerport, NY 14559 | Debtor's claimed exemption | 8100-002 | | 3,000.00 | 27,911.10 |

| | Account *******3907 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| 5 | Deposits | 93,348.04 | 9 | Checks | 65,144.30 |
| 0 | Interest Postings | 0.00 | 7 | Adjustments Out | 292.64 |
| | Subtotal | $ 93,348.04 | 0 | Transfers Out | 0.00 |
| | | | | Total | $ 65,436.94 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 93,348.04 | | | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-21546 -PRW | Trustee Name: | Michael H. Arnold |
| --- | --- | --- | --- |
| Case Name: | FLESHER, MARY E. | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******3907 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9249 | | |
| For Period Ending: | 10/07/14 | Blanket Bond (per case limit): | $ 24,405,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Case Number: 13-21546
Debtor Name: FLESHER, MARY E.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3610-00 | John T. Reynolds, Inc.<br>d/b/a Reynolds Auction Co.<br>993 Canandaigua Road<br>Palmyra, NY 14522 | Administrative | | $1,084.05 | $0.00 | $1,084.05 |
| 001<br>3620-00 | John T. Reynolds, Inc.<br>d/b/a Reynolds Auction Co.<br>993 Canandaigua Road<br>Palmyra, NY 14522 | Administrative | | $871.76 | $0.00 | $871.76 |
| 001<br>2700-00 | CLERK, U.S. BANKRUPTCY COURT<br>100 STATE STREET<br>ROCHESTER, NY 14614 | Administrative | Adversary Proceeding filing fee | $293.00 | $0.00 | $293.00 |
| 001<br>3110-00 | Place & Arnold<br>27 Pleasant Street<br>Fairport, NY 14450 | Administrative | | $1,875.00 | $0.00 | $1,875.00 |
| BOND 999<br>2300-00 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, NY 70139 | Administrative | | $32.04 | $32.04 | $0.00 |
| 000001A<br>040<br>5800-00 | IRS<br>Insolvency Group 1<br>Niagara Center 2nd Floor<br>130 South Elmwood Ave.<br>Buffalo, NY 14202 | Priority | Verified accurate - 9/19/14 (V. Skryzinski) | $11,423.14 | $0.00 | $11,423.14 |
| 000002<br>070<br>7100-00 | Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-9617 | Unsecured | Barclays Bank (LLBean) #...0525 | $1,719.07 | $0.00 | $1,719.07 |
| 000003<br>070<br>7100-00 | American InfoSource LP as agent for Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | Verizon | $573.34 | $0.00 | $573.34 |
| 000004<br>070<br>7100-00 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 35480<br>Newark, NJ 07193-5480 | Unsecured | Chase #...2941 | $12,032.18 | $0.00 | $12,032.18 |
| 000005<br>070<br>7100-00 | M & T BANK<br>PO BOX 1508<br>BUFFALO, NY 14240 | Unsecured | Deficiency from repossessed camper | $10,229.03 | $0.00 | $10,229.03 |
| 000007<br>070<br>7100-00 | eCAST Settlement Corp,<br>Assignee of Capital One, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712 | Unsecured | Bon-Ton #...1736 | $120.34 | $0.00 | $120.34 |

Case Number: 13-21546
Debtor Name: FLESHER, MARY E.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000006 050 4210-00 | The Summit Federal Credit Union 100 Marina Dr. Rochester, NY 14626 | Secured | | $19,264.76 | $0.00 | $19,264.76 |
| | Case Totals: | | | $59,517.71 | $32.04 | $59,485.67 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-21546
Case Name: FLESHER, MARY E.
Trustee Name: Michael H. Arnold

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000006 | The Summit Federal Credit Union | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Michael H. Arnold | $ | $ | $ |
| Trustee Expenses: Michael H. Arnold | $ | $ | $ |
| Attorney for Trustee Fees: Place & Arnold | $ | $ | $ |
| Auctioneer Fees: John T. Reynolds, Inc. | $ | $ | $ |
| Charges: CLERK, U.S. BANKRUPTCY COURT | $ | $ | $ |
| Other: International Sureties, Ltd. | $ | $ | $ |
| Other: John T. Reynolds, Inc. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | IRS | $ | $ | $ |

Total to be paid to priority creditors          $_____

Remaining Balance                              $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Jefferson Capital Systems LLC | $ | $ | $ |
| 000003 | American InfoSource LP as agent for | $ | $ | $ |
| 000004 | eCAST Settlement Corporation, assignee | $ | $ | $ |
| 000005 | M & T BANK | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | eCAST Settlement Corp, | $ | $ | $ |

   Total to be paid to timely general unsecured creditors  $_____

   Remaining Balance  $_____

   Tardily filed claims of general (unsecured) creditors totaling $  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  percent.

   Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) (Page: *12*)

Case 2-13-21546-PRW  Doc 71  Filed 10/08/14  Entered 10/08/14 11:34:19  Desc Main
Document  Page 12 of 12